UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:26-CR-00238(1)-DAE |
| | § | |
| (1) Shara Herndon | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed August 20, 2026, wherein the defendant Herndon waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Herndon to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Herndon's plea of guilty to Count Two of the Indictment is accepted.

Signed this 3rd day of September, 2026.

DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE